Adam E. Lang (#022545)
Seth T. Goertz (#031645)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail:   alang@swlaw.com
          sgoertz@swlaw.com
Attorneys for Defendant United Education Institute
d.b.a. UEI College and UEI

Jeremy M. Glapion (*pro hac vice*)
GLAPION LAW FIRM
1704 Maxwell Drive, Suite 102
Wall, New Jersey 07719
Telephone: 732-455-9737
Email: jmg@glapionlaw.com
Attorneys for Plaintiff Derek Bicha

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Bicha,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>United Education Institute d.b.a. UEI College and UEI,<br><br>　　　　　　　Defendant. | No. CV-15-01798-PHX-DJH<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>(First Request)<br><br>Honorable Diane J. Humetewa<br><br>Complaint Filed: September 8, 2015 |

　　　　Pursuant to Local Rule 7.3, Plaintiff Derek Bicha ("Plaintiff") and Defendant United Education Institute d.b.a. UEI College and UEI ("UEI") submit this Stipulation requesting that the Court issue an order extending UEI's deadline to respond to the Complaint by 14 days, such that UEI shall respond on or before October 20, 2015.

　　　　The parties agree that good cause exists to grant the requested extension. Plaintiff brings an action under the federal Telephone Consumer Protection Act, 42 U.S.C. section 227 *et seq.* (the "TCPA"). [Doc. # 1, ¶ 1]. In his Complaint, Plaintiff alleges that UEI

1 called him numerous times on his cell phone without prior express consent. *Id.* ¶¶ 11-16.
2 Plaintiff seeks to recover statutory damages of $500 per negligent violation and up to
3 $1,500 per knowing or willful violation. *Id.* ¶¶ 35-36. Given their scope and seriousness,
4 UEI needs more time to investigate these allegations before responding to the Complaint.
5 Furthermore, UEI needs additional time to meet and confer with Plaintiff to determine
6 whether a motion to dismiss can be avoided.

7 The parties agree UEI was served with the Summons and Complaint on September
8 15, 2015. The parties agree that, without an extension, UEI's deadline to respond to the
9 Complaint is October 6, 2015. The parties request that this deadline be extended by 14
10 days, so that UEI shall respond to the Complaint by no later than October 20, 2015.

11 Respectfully submitted this 2nd day of October, 2015.

SNELL & WILMER L.L.P.

By: s/Adam E. Lang
   Adam E. Lang
   Seth T. Goertz
   One Arizona Center
   400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
   Attorneys for Defendant United
   Education Institute d.b.a. UEI College
   and UEI

GLAPION LAW FIRM

By: s/Jeremy M. Glapion (w/permission)
   Jeremy M. Glapion (*pro hac vice*)
   1704 Maxwell Drive, Suite 102
   Wall, New Jersey 07719
   Attorneys for Plaintiff Derek Bicha

1 **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System of filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Jeremy M. Glapion (*pro hac vice*)
> Glapion Law Firm
> 1704 Maxwell Drive, Suite 102
> Wall, New Jersey 07719
> *Attorney for Plaintiff*

s/Adam E. Lang

22632750.1